UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   R22-40093-BEM          ELLIS-MONRO, JUDGE
DEBTOR(S): FAYE M. JIMENEZ        DATE: APRIL 13, 2022
```

    SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

    WHETHER DEBTOR HAS PAID $900.00


    THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

    RECOMMENDS AGAINST CONFIRMATION OF THE PLAN BECAUSE:
    THE TRUSTEE HAS NOT RECEIVED $900.00
    PLEASE ENTER AN ORDER OF DISMISSAL.



    May 3, 2022


                            _____/s_____
                            Sonya Buckley Gordon, Esq.
                            for Chapter 13 Trustee
                            GA. Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110

R22-40093-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

FAYE M. JIMENEZ
54 LANCE RD
JASPER, GA 30143

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

BRIAN R. CAHN & ASSOCIATES


This 4th  day of May, 2022


      /s/
_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110